No. —, Original. ARIZONA *v.* CALIFORNIA ET AL. A rule is ordered to issue, returnable within sixty days, requiring the defendants to show cause why leave to file the bill of complaint should not be granted. *Fred O. Wilson,* Attorney General of Arizona, *Alexander B. Baker,* Chief Assistant Attorney General, *John H. Moeur, Burr Sutter* and *Perry M. Ling* for complainant.

No. 9, Original. TEXAS *v.* NEW MEXICO ET AL. The answers of the State of New Mexico and Middle Rio Grande Conservancy District et al. are received and filed.

No. 1. LAND ET AL. *v.* DOLLAR ET AL.; and

No. 2. IN RE KILLION. On writs of certiorari, 341 U. S. 737, to the United States Court of Appeals for the District of Columbia Circuit. Dismissed on motions of counsel for petitioners. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these motions. *Attorney General McGranery* for Land et al., petitioners in No. 1. *Arthur B. Dunne* for petitioner in No. 2. *Herman Phleger, Gregory A. Harrison, Moses Lasky, Edmund L. Jones* and *Howard Boyd* for Dollar et al., respondents. Reported below: See 88 U. S. App. D. C. 311, 190 F. 2d 366.